NO. CAAP-18-0000491

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

DAVID J.T. ISHII, Claimant-Appellant, v.
HALAWA ELECTRICAL SERVICE AND REPAIR, LLC,
Employer-Appellee, and ISLAND INSURANCE
COMPANY, LTD., Insurance Carrier-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2015-221; DCD NO. 2-05-05167)

ORDER OF CORRECTION
(By: Leonard, J. for the court[1])

IT IS HEREBY ORDERED that the Order filed on December 11, 2018, is hereby corrected as follows:

The Order should contain the following header:

**NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER**

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai‘i, December 13, 2018.

FOR THE COURT:

Associate Judge

---

[1] Ginoza, Chief Judge, Fujise and Leonard, JJ.